**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

FILED
U.S. DISTRICT COURT
DISTRICT OF COLORADO

26 JAN 22 PM 3:23

Civil Action No. _____

(To be supplied by the court)

DH

Dedrick Harris/ ~~Malik Harris~~
_____, Plaintiff

v.

**Jury Trial requested:**
**(please check one)**
__X__ Yes ____ No

Vesty Park Apartments
_____,

Denver Sheriff Department
_____,

_____,

_____, Defendant(s).

*(List each named defendant on a separate line. If you cannot fit the names of all defendants in
the space provided, please write "see attached" in the space above and attach an additional
sheet of paper with the full list of names. The names of the defendants listed in the above
caption must be identical to those contained in Section B. Do not include addresses here.)*

---

**COMPLAINT**

---

| NOTICE |
|---|
| Federal Rule of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should not contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include only: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.<br><br>**Plaintiff need not send exhibits, affidavits, grievances, witness statements, or any other materials to the Clerk's Office with this complaint.** |

## A.    PLAINTIFF INFORMATION

*You must notify the court of any changes to your address where case-related papers may be served by filing a notice of change of address. Failure to keep a current address on file with the court may result in dismissal of your case.*

Dedrick Harris                3138 W 14TH Ave Denver Colorado 80204

(Name and complete mailing address)

7206460747                    dedrickharris1230@gmail.com

(Telephone number and e-mail address)

## B.    DEFENDANT(S) INFORMATION

*Please list the following information for each defendant listed in the caption of the complaint. If more space is needed, use extra paper to provide the information requested. The additional pages regarding defendants should be labeled "B. DEFENDANT(S) INFORMATION."*

Defendant 1:    Vesty Park Apartments        3190 W 14th Ave Denver CO 80204

(Name and complete mailing address)

7206992353

(Telephone number and e-mail address if known)

Defendant 2:    Denver County Sheriff Department 490 W Colfax Ave Denver CO 80204

(Name and complete mailing address)

7209133642

(Telephone number and e-mail address if known)

Defendant 3:    _____

(Name and complete mailing address)

_____

(Telephone number and e-mail address if known)

Defendant 4:    _____

(Name and complete mailing address)

_____

(Telephone number and e-mail address if known)

## C.   JURISDICTION

*Identify the statutory authority that allows the court to consider your claim(s): (check one)*

_____ Federal question pursuant to 28 U.S.C. § 1331 (claims arising under the Constitution, laws, or treaties of the United States)

List the specific federal statute, treaty, and/or provision(s) of the United States Constitution that are at issue in this case.

The Religious Freedom Restoration Act (RFRA) 42 U.S.C. 2000bb et

_____

_____ Diversity of citizenship pursuant to 28 U.S.C. § 1332 (a matter between individual or corporate citizens of different states and the amount in controversy exceeds $75,000)

Plaintiff is a citizen of the State of COLORADO .

If Defendant 1 is an individual, Defendant 1 is a citizen of COLORADO .

If Defendant 1 is a corporation,

Defendant 1 is incorporated under the laws of _____ (name of state or foreign nation).

Defendant 1 has its principal place of business in _____ (name of state or foreign nation).

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3

## D.     STATEMENT OF CLAIM(S)

*State clearly and concisely every claim that you are asserting in this action. For each claim, specify the right that allegedly has been violated and state all facts that support your claim, including the date(s) on which the incident(s) occurred, the name(s) of the specific person(s) involved in each claim, and the specific facts that show how each person was involved in each claim. You do not need to cite specific legal cases to support your claim(s). If additional space is needed to describe any claim or to assert additional claims, use extra paper to continue that claim or to assert the additional claim(s). Please indicate that additional paper is attached and label the additional pages regarding the statement of claims as "D. STATEMENT OF CLAIMS."*

CLAIM ONE:   Violation of the Free Clause of the First Amendment

Supporting facts:   Vesty Park Apartments has evicted people out their homes without the sheriff's department and took what they wanted. We watched Vesty Park apartment's do this for over a year and when I had addressed that issue we became targets. They tried to enter unit a few times without the sheriff's and the last time they tried was two days before the eviction took place. We responded to email that we will be out the last week of October 2025. Vesty Park and the Sheriff department came pounding on the door demanding we get out. I showed the email to the sheriff and was still told that the property manager does not care. I asked could they give us time to pack important things that can't be touched due to religious reasons. They touched all my Holy Qurans, prayer rugs, and then touched the hair of my deceased wife hair and other things that none Muslims are not allowed to touch and threw it different bags with unclean items.

4

**E.    REQUEST FOR RELIEF**

*State the relief you are requesting or what you want the court to do. If additional space is needed to identify the relief you are requesting, use extra paper to request relief. Please indicate that additional paper is attached and label the additional pages regarding relief as "E. REQUEST FOR RELIEF."*    350,000 thousand dollars for emotional distress

**F.    PLAINTIFF'S SIGNATURE**

I declare under penalty of perjury that I am the plaintiff in this action, that I have read this complaint, and that the information in this complaint is true and correct. *See* 28 U.S.C. § 1746; 18 U.S.C. § 1621.

Under Federal Rule of Civil Procedure 11, by signing below, I also certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending or modifying existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

_____
(Plaintiff's signature)

12/29/25
_____
(Date)

(Revised February 2022)